U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2016 SEP 20 A 11:58
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY B. BRADY II,
a/k/a "Redneck Chaos,"

    Defendant.

Case No. 16-CR-150

[18 U.S.C. §§ 2251(a)]

Green Bay Division

---

## INDICTMENT

### COUNT ONE

(Attempted Sexual Exploitation of a Child)

**THE GRAND JURY CHARGES THAT:**

On or about February 17, 2016, in the State and Eastern District of Wisconsin and elsewhere,

**TIMOTHY B. BRADY II,**
**a/k/a "Redneck Chaos"**

knowingly attempted to employ, use, persuade, induce, entice or coerce Female A, a minor under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: attempting to obtain a visual depiction of Female A, a minor under the age of 18, engaged in the lascivious exhibition of her genitals, which visual depiction the defendant knew or had reason to know would be mailed or transported across state lines or in foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

(Attempted Sexual Exploitation of a Child)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 9, 2016, in the State and Eastern District of Wisconsin and elsewhere,

**TIMOTHY B. BRADY II,**
a/k/a "Redneck Chaos"

knowingly attempted to employ, use, persuade, induce, entice or coerce Female B, a minor under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: attempting to obtain a visual depiction of Female B, a minor under the age of 18, engaged in the lascivious exhibition of her genitals, which visual depiction the defendant knew or had reason to know would be mailed or transported across state lines or in foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL:

_____
FOREPERSON

Dated: 9-20-16

_____
GREGORY J. HAANSTAD
United States Attorney