UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 16-CR-150

TIMOTHY B. BRADY, II,

        Defendant.

---

### NOTICE OF APPEARANCE AND CERTIFICATE OF INTEREST

---

PLEASE TAKE NOTICE that defendant TIMOTHY B. BRADY, II, is represented by:

> TOM PHILLIP
> Federal Defender Services of Wisconsin, Inc.
> 801 E. Walnut Street, Second Floor
> Green Bay, Wisconsin 54301
> Telephone:  (920) 430-9900
> Facsimile:   (920) 430-9901

The undersigned, counsel of record, also furnishes the following list in compliance with General Local Rule 83.9 (E.D. Wis.):

    1.    TIMOTHY B. BRADY, II, is the full name of the party counsel represents, as the government identifies the defendant.

    2.    The defendant is not a corporation.

    3.    Federal Defender Services of Wisconsin, Inc. is the only law firm expected to appear for the defendant in this Court. In addition to the undersigned, other lawyers in the firm may appear on the defendant's behalf.

Dated at Green Bay, Wisconsin, September 27, 2016.

Respectfully submitted,

**s/ Tom Phillip**
Tom Phillip, Bar #1023113
Attorney for Defendant
Federal Defender Services of Wisconsin, Inc.
801 E. Walnut Street, Second Floor
Green Bay, Wisconsin 54301
Tel: 920-430-9900
Fax: 920-430-9901
tom_phillip@fd.org

N:\Cases-Open\A-B\Brady, Timothy - 16-135\ECF\Def\Notice of Appearance.wpd

2
FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
Case 1:16-cr-00150-WCG   Filed 09/27/16   Page 2 of 2   Document 3