# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.          ARRAIGNMENT

**TIMOTHY B. BRADY II**      Case No. 16-CR-150

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape No.: 092616 |
| Deputy Clerk: Lori | Hearing Began: 4:18 PM |
| Hearing Held: September 26, 2016 | Hearing Ended: 4:31 PM |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William Roach |
| TIMOTHY B. BRADY II, in person, and by: | Krista Halla-Valdes |
| U.S. PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: ☒ None ☐ Sworn | None |

☒ Original Indictment    ☐ Superseding Indictment    ☒ Felony    ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | December 5, 2016 | Trial Estimate: | 2 days |
| Final Pretrial Date: | November 14, 2016 at 2:30 pm | Motions Due: | October 11, 2016 |
| Jury Trial Date: | November 28, 2016 at 8:30 am | Responses Due: | October 21, 2016 |
| District Judge: | William C. Griesbach | Replies Due: | October 26, 2016 |
| Magistrate Judge: | William E. Duffin | | |

---

| | |
|---|---|
| ☒ Defendant advised of rights | ☒ Defendant advised of maximum penalties |
| ☒ Court orders counsel appointed | ☒ Open discovery policy applies |
| ☒ Copy of indictment received by defendant<br>    ☒ indictment read; or ☐ Defendant waives reading | ☒ Government to disclose GJ materials one day prior to trial |
| ☒ Not guilty plea entered by: ☒ defendant ☐ the court | |

---

☐ Defendant is released on :    ☐ O/R bond;    ☐ Cash bond;    ☐ Property Bond;    ☐ with conditions. SEE Order Setting Conditions of Release.
☒ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained. Detention Hearing set for:____
☐ Bond continued; or ☐ Detention continued    as previously set.

---

<u>Maximum Penalties</u>: 30 yr, (15 yr mandatory min. each count), SR 5 yr to lifetime (max), $250,000.00, and $100.00 SA

Government requests detention.
Defense counsel requests release on bond with electronic monitoring.