UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                      Case No. 16-CR-150

TIMOTHY B. BRADY, II,

      Defendant.
_____

**AMENDED NOTICE OF APPEARANCE AND
CERTIFICATE OF INTEREST**

      PLEASE TAKE NOTICE that defendant TIMOTHY B. BRADY, II, is represented by:

      KRISTA HALLA-VALDES
      Federal Defender Services of Wisconsin, Inc.
      801 East Walnut Street, 2nd Floor
      Green Bay, Wisconsin 54301
      Telephone: [920] 430-9900
      Facsimile: [920] 430-9901

The undersigned, counsel of record, also furnishes the following list in compliance with General Local Rule 83.9 (E.D. Wis.):

      1.    TIMOTHY B. BRADY, II, is the full name of the party counsel represents, as the government identifies the defendant.

      2.    The defendant is not a corporation.

      3.    Federal Defender Services of Wisconsin, Inc. is the only law firm expected to appear for the defendant in this Court. In addition to the undersigned, other lawyers in the firm may appear on the defendant's behalf.

      FEDERAL DEFENDER SERVICES
      OF WISCONSIN, INC.

Dated at Green Bay, Wisconsin, September 28, 2016.

Respectfully submitted,

**s/ Krista Halla-Valdes**
Krista Halla-Valdes, Florida Bar #0073369
Attorney for Defendant
Federal Defender Services of Wisconsin, Inc.
801 E. Walnut Street, Second Floor
Green Bay, Wisconsin 54301
Tel: 920-430-9900
Fax: 920-430-9901
krista_halla-valdes@fd.org

N:\Cases-Open\A-B\Brady, Timothy - 16-135\ECF\Def\Notice of Appearance Krista.wpd