UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 16-CR-150

TIMOTHY B. BRADY, II,

    Defendant.

## ORDER APPOINTING COUNSEL

The Defendant has submitted an affidavit or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive the right to counsel, and because the interests of justice so require, the Court now finds that the Defendant is indigent; therefore,

The Court, under the authority of the Criminal Justice Act, hereby appoints Krista Halla-Valdes of Federal Defender Services of Wisconsin, Inc., as counsel to represent the Defendant during the pendency of this matter. Such appointment shall be deemed effective August 26, 2016.

**IT IS SO ORDERED** this 29th day of September, 2016.

                                             s/ William C. Griesbach
                                             William C. Griesbach, Chief Judge
                                             U. S. District Court

Distribution to counsel via electronic notification.