# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Tom Phillip
Krista Halla-Valdes

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

November 10, 2016

Honorable William C. Griesbach
United States District Court Judge
125 South Jefferson Street, Room 203
Green Bay, WI 54301-4541

RE: *United States v. Timothy B. Brady, II*
Case No. 16-CR-150

Dear Judge Griesbach,

Mr. Brady's final pretrial conference is set for Monday, November 14, 2016, at 2:30 p.m. Both parties agree that this case will be resolved by a guilty plea; however additional time is necessary to obtain the actual written plea agreement and have it signed by Mr. Brady. Government counsel is scheduled to be in trial next week and undersigned counsel is attending a re-entry seminar out of state. For those reasons, both parties are requesting the case be removed from the trial calendar and a change of plea hearing set the week of November 21, 2016.

As always, if you have any questions about this matter or the case in general, please contact me. Thank you.

Sincerely,

s/ Krista Halla-Valdes
Krista Halla-Valdes, Florida Bar #0073369
Associate Federal Defender

KHV/cb

N:\Cases-Open\A-B\Brady, Timothy - 16-135\Correspondence\Judge 111016.wpd