# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CHANGE OF PLEA HEARING MINUTES** |
| **TIMOTHY B. BRADY II** | Case No. 16-CR-150 |

HONORABLE WILLIAM C. GRIESBACH presiding  
Proceeding Held: November 22, 2016  
Deputy Clerk: Lori  

Time Called: 11:30 AM  
Time Concluded: 11:55 AM  
Tape: 112216  

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| TIMOTHY B. BRADY II in person and by: | Krista Halla-Valdes |
| US PROBATION OFFICE by: | Jennifer Rufenacht |
| INTERPRETER: None | ☐ Interpreter Sworn |

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☒ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count(s) one of the ☒ indictment, ☐ superseding indictment, ☐ information
- ☒ PSR ordered
- ☒ Sentencing set for: February 3, 2017 at 11:00 AM

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- ☒ FPT and JT dates removed from court calendar

☒ Detention continued; or  ☐ Bond continued:  ☐ as previously set, or  ☐ as modified:

The Court and parties discuss the plea agreement under Rule 11(c) (1)(C)

Ms. Halla-Valdes requests that the sentencing be scheduled for an earlier date than scheduled. This will be joint agreement for sentencing, feels they do not need full PSR. Ms. Rufenacht responds. The Court instructs the parties and pretrial services to work together, if report is completed sooner they are to contact the Clerk's office to reschedule the Sentencing for an earlier date.