# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Tom Phillip
Krista Halla-Valdes

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

January 23, 2017

Honorable William C. Griesbach
United States District Court Judge
125 South Jefferson Street, Room 203
Green Bay, WI 54301-4541

RE:     *United States v. Timothy B. Brady, II*
        Case No. 16-CR-150

Dear Judge Griesbach:

Mr. Brady's sentencing hearing is currently set for February 3, 2017, at 11:00 a.m.
Counsel is going to be out of the District on that date as well as the following week.
Rather than move the sentencing hearing up, counsel is requesting the sentencing
hearing be moved to anytime after February 13, 2017, to allow the government time
to notify the victims in the case in the event they want to be present at the hearing.
Counsel has communicated with Assistant United States Attorney Daniel Humble
regarding this request, and he has no objection to it. Mr. Brady was detained at his
arraignment and remains in custody at the Brown County Jail.

As always, if you have any questions regarding this matter or the case in general,
please contact me.

Sincerely,


**s/ Krista Halla-Valdes**
Krista Halla-Valdes
Associate Federal Defender

KHV/cb

N:\Cases-Open\A-B\Brady, Timothy - 16-135\Correspondence\Judge 012317.wpd