# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **TIMOTHY B. BRADY, II** | Case No. 16-CR-150 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 10:07 a.m.
Proceeding Held: February 17, 2017  Time Concluded: 10:29 a.m.
Deputy Clerk: Cheryl  Tape: 021717

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| TIMOTHY B. BRADY, II in person and by: | Thomas E. Phillip |
| US PROBATION OFFICE by: | Mitch Farra |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ The parties have no objections to the factual statements in the PSR
☐ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant
☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR
☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: Joint recommendation of 144 months.
☒ The defendant presents sentencing argument: Joint recommendation of 144 months.
☒ Defendant exercises right of allocution.
☒ The court imposes sentence.
☒ The government dismisses count(s) 2
☒ Defendant advised of appeal rights.

Court accepts joint recommendation.

**SENTENCE IMPOSED:**

**Imprisonment:**    144    Months as to Count(s)    1    of the indictment.
                                         Months as to Count(s)        of the _____.

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
    TOTAL TERM OF IMPRISONMENT IMPOSED: 144 months.

    ☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**         Years as to Count(s)        of the _____.

**Supervised Release:**    6    Years as to Count(s)    1    of the indictment.
                                                  Years as to Count(s)        of the _____.

**MONETARY PENALTIES**

**Special Assessment:**  $ 100.00    due immediately

**Fine:**      $            ☐ fine waived

**Restitution:**    $          ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at a facility near his home in Oklahoma.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

**Mandatory Conditions**
- ☒ Report (within 72 hours/to USPO as directed)
- ☒ Not commit another federal, state, local crime
- ☒ Not illegally possess any controlled substance
- ☒ Not to possess any firearms
- ☒ Cooperate in the collection of DNA
- ☒ Comply with requirements of SORNA
- ☐ Participate in approved domestic violence program

**Standard Conditions**
- ☒ Not leave Judicial District where released without permission
- ☒ Answer inquiries truthfully/follow instructions
- ☐ Use best efforts to support dependents
- ☒ Use best efforts to find/maintain employment
- ☒ Provide 10-day notice of change of address
- ☐ Not purchase, possess drug paraphernalia
- ☐ Not go to places where drugs unlawfully used
- ☒ Not associate-persons engaged in criminal activity
- ☒ Permit USPO visits and confiscation of contraband
- ☒ Provide 72-hour notice of police contact
- ☐ Not act as informer/special agent without approval
- ☐

**Special Conditions**
- ☐ Drug Testing – Special Condition
- ☐ Drug Testing – Standard Condition
- ☒ Drug Testing – Waived
- ☐ Monthly Restitution Payment: $ _____
- ☐ Monthly Fine Payment: $ _____
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money: $ _____/month
- ☐ No New Lines of Credit
- ☐ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☐ No possession/use of computer – on-line access
- ☒ No possession/use of data encryption/erasure
- ☒ Provide computer passwords and logons
- ☒ Consent to computer searches
- ☐
- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☐ Community Correctional Center: _____ days
- ☐ Residential Re-Entry Center: _____ days
- ☐ Cooperate with Bureau of Immigration/Customs
- ☐ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☐ Participate in mental health treatment program
- ☒ Participate in sex offender assessment/treatment
- ☒ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☐ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☐